UNITED STATES, Appellee,

v.

Floyd G. BLAIR, Private First Class, U. S. Army, Appellant.

No. 38,574.

SPCM 14201.

U. S. Court of Military Appeals.

Nov. 24, 1980.

For Appellant: *Colonel Edward S. Adamkewicz, Jr., Lieutenant Colonel John F. Lynburner, Major Elliot J. Clark, Jr., Captain Michael K. King* (on brief).

For Appellee: *Colonel R. R. Boller, Major Ted. B. Borek, Captain Michael C. Chapman* (on brief).

*Opinion of the Court*

PER CURIAM:

We granted review of this case to determine whether prosecution exhibit 3–DA Form 2627–was properly admitted into evidence by the military judge. We notice that the commander did not complete block 8 of the form which states: "You are advised of your right to appeal this punishment within _____ days to _____, the next superior authority." However, just beneath this block the accused signed and dated a block indicating that he did not wish to appeal. Under these circumstances the failure to complete block 8 is not sufficient to require exclusion of the exhibit. *Cf. United States v. Mack*, 9 M.J. 300 (C.M.A.1980); *United States v. Negrone*, 9 M.J. 171 (C.M.A.1980).

Accordingly, the decision of the United States Army Court of Military Review is affirmed.